# In the United States Court of Federal Claims

| | |
|---|---|
| LAKESHA L. NORINGTON, | ) |
| Plaintiff, | ) ) ) No. 19-939C |
| v. | ) ) Filed August 12, 2019 |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## DISMISSAL ORDER

Plaintiff, Lakesha L. Norington, commenced this action on June 26, 2019, without paying the Court's $400.00 filing fee (docket entry no. 1). On July 9, 2019, the Court issued an Order instructing plaintiff to pay the $400.00 filing fee on or before August 6, 2019 (docket entry no. 4). In the Order, the Court informed plaintiff that, should she fail to pay the filing fee by August 6, 2019, the Court would treat such failure as a failure to comply with a court order and to prosecute this matter pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiff has not paid the Court's filing fee.

And so, in light of the foregoing, the Court:

1. **DISMISSES** the complaint without prejudice, pursuant to RCFC 41(b); and

2. Directs the Clerk's Office to **ENTER** final judgment consistent with this Order. No costs.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge